892 A.2d 680

IN THE MATTER OF HOWARD A. GROSS, AN ATTORNEY AT LAW (ATTORNEY NO. 035181992).

March 9, 2006.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 05–216, concluding that **HOWARD A. GROSS** of **CAMDEN**, who was admitted to the bar of this State in 1992, should be suspended from the practice of law for a period of three months for violating *RPC* 7.3(d) (giving of something of value to a non-lawyer in exchange for the procurement of clients);

And the Disciplinary Review Board having concluded on the basis of the passage of time since the last act of unethical conduct that the term of suspension should be suspended;

And **HOWARD A. GROSS** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **HOWARD A. GROSS** is suspended from the practice of law for a period of three months; and it is further

ORDERED that the term of suspension is hereby suspended; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.